**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

DAVID C. SCHREIBER, et al.,

        Plaintiffs,

vs.                                Case No. 5:11-cv-211-Oc-32TBS

OCWEN LOAN SERVICING, LLC,

        Defendant.

## **ORDER**

This case is before the Court on defendant's Motion to Dismiss (Doc. 6) and plaintiff's Response (Doc. 12) thereto. The assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 20), recommending that defendant's Motion to Dismiss be granted and that plaintiff's complaint be dismissed with leave to amend. No objections were filed and the time in which to do so has now passed.

Upon independent review of the file, and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 20), it is hereby

**ORDERED**:

1.    The Report and Recommendation (Doc. 20) of the Magistrate Judge is **ADOPTED** in full as the opinion of the Court.

2.    Defendant's Motion to Dismiss (Doc. 6) is **GRANTED**.

3.    Plaintiff's complaint is **dismissed with leave to amend**. The plaintiff shall file

an amended complaint, no later than **January 6, 2012**.

**DONE AND ORDERED** at Jacksonville, Florida this 6th day of December, 2011.

_____
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Thomas B. Smith
United States Magistrate Judge

counsel of record
pro se parties